1   Manuel D. Serpa, Calif. Bar No. 174182
2   LAW OFFICES OF HARRY J. BINDER
    AND CHARLES E. BINDER, P.C.
3   770 The City Drive South Suite 2000
    Orange, CA 92868
4   Phone (714) 564-8644
5   Fax   (714) 940-0311
    Email:  manuel.serpa@binderlawfirm.com
6

7   Attorneys for Plaintiff Gregory Tobias

8

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  GREGORY TOBIAS,                  )   No. ED CV 13-1703-E
                                     )
14          Plaintiff,               )   ~~PROPOSED~~ ORDER AWARDING
                                     )   ATTORNEY FEES UNDER THE
15          v.                       )   EQUAL ACCESS TO JUSTICE
                                     )   ACT, PURSUANT TO 28 U.S.C.
16                                   )   § 2412(d), AND COSTS, PURSUANT
    CAROLYN W. COLVIN,               )   TO 28 U.S.C. § 1920
17  Acting Commissioner of Social    )
    Security,                        )
18                                   )
            Defendant.               )
19                                   )
                                     )
20  _____ )

21

22          Based upon the parties' Stipulation for the Award and Payment of Equal

23  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

24  be awarded attorney fees under the EAJA in the amount of THREE THOUSAND

25  THREE HUNDRED THIRTY dollars and 00/CENTS ($3,330.00), and costs under

26  28 U.S.C. § 1920, in the amount of FOUR HUNDRED dollars and 00/CENTS

27  ($400.00), subject to the terms of the above-referenced Stipulation.  Any payment

28  shall be delivered to Plaintiff's counsel.

FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

1

Dated: 9/4/14

CHARLES F. EICK
United States Magistrate Judge